UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| INGEN GROUP, LLC | CIVIL ACTION NO. 17-cv-1649 |
| VERSUS | JUDGE FOOTE |
| SALIENT ARMS INTERNATIONAL, INC. | MAGISTRATE JUDGE HORNSBY |

**O R D E R**

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that the Motion to Stay and Compel Arbitration and/or Transfer Venue to Nevada (Doc. 14) is **granted**, that Ingen Group, LLC is directed to submit to arbitration all of its claims asserted in this case that it wishes to pursue, that this case is stayed, and that the Clerk of Court administratively close this case, subject to the right of any party to file a motion to reopen based on good cause.

THUS DONE AND SIGNED at Shreveport, Louisiana, this the 30th day of November, 2018.

ELIZABETH E. FOOTE
UNITED STATES DISTRICT JUDGE